IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OLGA REQUENES, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-17-CA-673-FB |
| GREAT LAKES REINSURANCE (U.K.) SE, | § |
| Defendant. | § |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties on December 7, 2017 (docket #4), advising that the plaintiff moves to dismiss this lawsuit in its entirety with prejudice and that the defendant agrees to the dismissal.[1]

Therefore, pursuant to the Joint Stipulation of Dismissal with Prejudice (docket #4), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entirety of plaintiff's claims asserted against Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) SE) are DISMISSED WITH PREJUDICE with costs taxed against the party incurring same. Motions pending, if any, are also DISMISSED, and this case remains CLOSED.

It is so ORDERED.

SIGNED this 3rd day of January, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Because the filed Joint Stipulation of Dismissal was signed by all parties who had appeared, the Clerk of Court closed this case on December 7, 2017, without an order from the Court pursuant to Rule 41(a)(1)(A)(ii). However, since that time the Court has received a request for a signed order of dismissal.